Date: 06/04/10                         DIVIDENDS REMITTED TO THE COURT                                      Page:

Case Number 09-35130 - WITTLIEF-KERR, JEAN ANN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Express Centurion Bank**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>  1006 | 000006 | 1,595.19 | 2.73 |
| ---------- Remittance Total ------------- | | 1,595.19 | 2.73 |

_____
CHARLES W. RIES, Trustee

RECEIVED 10 JUN -7 AM 11:10 US BANKRUPTCY COURT MN

COURT1                                                Printed: 06/04/10 02:01 PM    Ver: 15.09